UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISIAH MCKENZIE
    Plaintiff

v.

                              C.A. NO.:

THE UNITED STATES OF AMERICA
    Defendant

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The plaintiff, Isiah McKenzie ("McKenzie") is a resident of Boston, Suffolk County, Massachusetts.

2. The defendant, The United States of America, is a country in which the Department of the Army is a military institution employing agents to serve as recruiters with a principal place of business located at 5417 Alabama Avenue, Joint Base McGuire-Dix-Lakehurst, New Jersey.

### JURISDICTION

3. This Court has subject matter jurisdiction over this case pursuant to the Federal Torts Claims Act - 28 U.S.C. §1346.

4. On October 2, 2020, the plaintiff presented a claim via certified mail return receipt requested with form OMB No.: 1105-0008 and supporting documentation to The Legal Office, Army Support Activity Fort Dix, 5165 Maryland Avenue, Joint Base MDL, New Jersey.

5. On October 8, 2020, the plaintiff, through counsel, received acknowledgement of his claim in accordance with the Federal Tort Claims Act (28 USC §§ 2671-2680).

6. The six-month mandatory administrative processing and investigation period expired on April 8, 2021; therefore, the plaintiff has complied with all prerequisites for the filing of this civil action in accordance with the Federal Tort Claims Act (28 USC §§ 2671-2680).

FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

7. McKenzie L. Wareham was a Recruiter for the United States Army and authorized agent of The United States of America.

8. On or about October 17, 2018, at approximately 9:35 p.m. the plaintiff, McKenzie, was a pedestrian crossing in a crosswalk at the intersection of Route 129 and Cass Street in Trenton, New Jersey.

9. On or about October 17, 2018, at approximately 9:35 p.m. McKenzie L. Wareham was operating a white Ford Focus bearing registration number G13 07956.

10. On or about October 17, 2018, at approximately 9:35 p.m. McKenzie L. Wareham was operating a white Ford Focus bearing registration number G13 07956 owned by the United States of America.

11. On or about October 17, 2018, at approximately 9:35 p.m. McKenzie L. Wareham was operating a white Ford Focus bearing registration number G13 07956 in the scope of her employment as a Recruiter for the United States Army.

12. As the operator of a motor vehicle on October 17, 2018, McKenzie L. Wareham owed a duty of care to all others using the roadways including pedestrian, Isiah McKenzie.

13. On or about October 17, 2018, the white Ford Focus bearing registration number G13 0795U operated by McKenzie L. Wareham while in the scope of her employment with The United States of America struck the plaintiff, McKenzie, while he was lawfully in the crosswalk on Route 129 in Trenton, New Jersey.

14. As a result of McKenzie L. Wareham's negligence while in the scope of her employment as a United States Army Recruiter with The United States of America, the plaintiff, Isiah McKenzie sustained serious and permanent personal injuries, incurred substantial medical bills, and expenses, and has been prevented from performing his usual activities of daily living.

COUNT I:  NEGLIGENCE

15. The plaintiff realleges, repleads, and incorporates by reference paragraphs 1-14 above as if fully set forth herein.

16. The defendant, The United States of America, through its agent, McKenzie L. Wareham, owed a duty of reasonable care in the operation of the white Ford Focus bearing registration number G13 07956 to all persons on or about October 17, 2018, including but not limited to the plaintiff, Isiah McKenzie.

17. On or about October 17, 2018, the defendant, The United States of America, through its agent, McKenzie L. Wareham, was negligent and breached its duty of care to the

2

     plaintiff, Isiah McKenzie, by failing to operate the defendant's vehicle in a reasonable manner, and for striking Isiah McKenzie.

18. As a direct and proximate result of the defendant's agent's negligence, the plaintiff, Isiah McKenzie, suffered and will continue to suffer severe and permanent injuries, physical and emotional damages, loss of earning capacity, pain and suffering, and has been prevented from carrying on his usual activities of daily living.

     WHEREFORE, the plaintiff, Isiah McKenzie, prays this Honorable Court enter judgment against the defendant, The United States of America, on Count I, in the full amount of any and all damages recoverable at law, costs, attorneys' fees, and for such other and further relief which this Court deems just and proper.

## COUNT II:  AGENCY

19. The plaintiff realleges, repleads, and incorporates by reference paragraphs 1-18 above as if fully set forth herein.

20. On October 17, 2018, The United States of America was the registered owner of the vehicle operated by McKenzie L. Wareham in the scope of her employment as a United States Army Recruiter, which was involved in a collision with the plaintiff, Isiah McKenzie.

21. At the time of the collision between the vehicle registered to The United States of America and the plaintiff, Isiah McKenzie, McKenzie L. Wareham while in the scope of her employment as a United States Army Recruiter and was operating the defendant, The United States of America's, vehicle under the control of the defendant, The United States of America.

22. At the time of the collision between the vehicle registered to The United States of America and the plaintiff, Isiah McKenzie, McKenzie L. Wareham, was operating the defendant, The United States of America's vehicle with the permission of the defendant, The United States of America.

23. As a result of the negligence of McKenzie L. Wareham while in the scope of her employment as a United States Army Recruiter for the defendant, The United States of America, the plaintiff, Isiah McKenzie, suffered and will continue to suffer severe and permanent injuries, loss of earning capacity, physical and emotional damages, pain and suffering, and has been prevented from carrying on his usual activities of daily living.

24. As registered owner of the vehicle, the defendant, The United States of America, is legally responsible for the negligent conduct of the vehicle's operator, McKenzie L. Wareham.  M.G.L. ch. 231 §85A-B.

WHEREFORE, the plaintiff, Isiah McKenzie, prays that this Honorable Court enter judgment against the defendant, The United States of America, on Count II, in the full amount of any and all damages recoverable at law, costs, attorneys' fees, and for such other and further relief which this Court deems just and proper.

## COUNT III: VICARIOUS LIABILITY

25. The plaintiff realleges, repleads and incorporates by reference paragraphs 1 – 24 above as if fully set forth herein.

26. On or about October 17, 2018, the defendant's agent, McKenzie L. Wareham, while in the scope of her employment as a United States Army Recruiter for the defendant, The United States of America, owed a duty of reasonable care in the operation of the white Ford Focus bearing registration number G13 07956 to all persons, including but not limited to, the plaintiff, Isiah McKenzie.

27. On or about October 17, 2018, the defendant's agent, McKenzie L. Wareham, while in the scope of her employment as a United States Army Recruiter, was negligent and breached her duty of care to the plaintiff, Isiah McKenzie, by failing to operate the defendant, United States of America's, vehicle in a reasonable manner, and for striking Isiah McKenzie.

28. As a direct and proximate result of the defendant's negligence, the plaintiff, Isiah McKenzie, suffered and will continue to suffer severe and permanent injuries, physical and emotional damages, loss of earning capacity, pain and suffering, and has been prevented from carrying on his usual activities of daily living.

29. The defendant, The United States of America, is vicariously liable for the actions of its agent, McKenzie L. Wareham, while operating the United States of America's white Ford Focus bearing registration number G13 07956 in the scope of her employment as a United States Army Recruiter.

WHEREFORE, the plaintiff, Isiah McKenzie, prays that this Honorable Court enter judgment against the defendant, The United States of America, on Count III, in the full amount of any and all damages recoverable at law, costs, attorneys' fees, and for such other and further relief which this Court deems just and proper, as a result of the defendant's negligence.

## COUNT IV: NEGLIGENT TRAINING, MONITORING, and SUPERVISION

30. The plaintiff re-alleges, re-pleads, and incorporates by reference paragraphs 1-29 above as if fully set forth herein.

31. On or about October 17, 2018, Defendant, The United States of America, through its agents, servants, employees, and/or others for whom it is legally responsible, negligently trained, monitored and supervised, McKenzie L. Wareham, in the operation of its white Ford Focus bearing registration number G13 07956.

32. On or about October 17, 2018, Defendant, The United States of America, through its agents, servants, employees, and/or others for whom it is legally responsible, negligently initiated and participated in the decision to allow McKenzie L. Wareham to operate its white Ford Focus bearing registration number G13 07956.

33. On or about October 17, 2018, Defendant, The United States of America, with actual knowledge of the driving history of McKenzie L. Wareham, allowed McKenzie L. Wareham to operate its white Ford Focus bearing registration number G13 07956.

34. As a direct and proximate result of the negligent training, monitoring and supervision by Defendant, The United States of America, the plaintiff, Isiah McKenzie, sustained serious and permanent injuries, physical and emotional damages, loss of earning capacity, pain and suffering, and has been prevented from carrying on his usual activities of daily living.

WHEREFORE, the plaintiff, Isiah McKenzie, prays that this Honorable Court enter judgment against the defendant, The Unites States of America, on Count IV, in the full amount of any and all damages recoverable at law, costs, attorneys' fees, and for such other and further relief which this Court deems just and proper.

**THE PLAINTIFF, ISIAH MCKENZIE, DEMANDS A JURY TRIAL ON ALL ISSUES TRIABLE TO A JURY**

Respectfully submitted,
Plaintiff, ISIAH MCKENZIE,
By his Attorneys,


          /s/ Sean C. Joanis
Sean C. Joanis, Esq., BBO #: 653582
Carly E. Meau, Esq., BBO #: 707505
Jason D. Stone, Esq., BBO # 647233
JASON STONE INJURY LAWYERS
225 Friend Street, Suite 102
Boston, MA 02114
(617) 523-4357
SCJ@StoneInjury.com
CEM@StoneInjury.com
JDS@StoneInjury.com